papers attached include a statement that on May 8, 2007 defendants were hand-served a summons and "unlawful detainer/eviction" papers. The papers also include a mailed notice, dated May 4, 2007, concerning the unlawful detainer papers. Thus defendants were apparently on notice of the pendency of the Marin County action for over 30 days prior to filing this action, making the removal untimely under 28 U.S.C. 1446.

Defendants also seek to proceed *in forma pauperis*, but their Application to Proceed In Forma Pauperis states that defendant Norlin Merrit earns a monthly salary of $10,000 gross and $4,000 net and that defendants have a net bank account balance of $2000. They do not appear to be unable to pay the Court's filing fee ($350). The application is therefore DENIED.

The Court advises defendants that if they wish to try to proceed with this action in this Court, they must serve a copy of all papers on plaintiffs, and must also file a copy of the Notice of Removal in state court where the action is pending. *See generally* 28 U.S.C. § 1446.

**IT IS SO ORDERED.**

Dated: June 15, 2007

SUSAN ILLSTON
United States District Judge