1

2

3

4

5                    IN THE UNITED STATES DISTRICT COURT

6                  FOR THE NORTHERN DISTRICT OF CALIFORNIA

7

8    U.S. BANK NATIONAL, et al.,                    No. C 07-3175 SI

9              Plaintiffs,                          **ORDER DENYING DEFENDANTS'**
                                                    **MOTION FOR A TEMPORARY**
10        v.                                        **RESTRAINING ORDER**

11   NORLIN MERRITT, et al.,

12            Defendants.
     _____/

13

14       On June 15, 2007, pro se defendants Norlin and Maria Merritt filed in this Court a "Notice of

15   Removal," a document titled "TRO," and various other documents. The underlying action appears to

16   be a state-court unlawful detainer action, pending in Marin County Superior Court since at least May

17   4, 2007. The TRO document, which is unsworn, states that defendants are conspiring to steal

18   defendants' property, knowing they have no standing because the note they are acting on was sold or

19   is counterfeit. Defendants state that they have contacted the Marin County District Attorney's Office

20   and the FBI regarding alleged criminal acts by plaintiffs and others, and that defendants seek a TRO,

21   apparently to stay the state court proceedings "pending the outcome of the criminal investigation."

22       Defendants' papers do not present any facts which would support its issuance, and accordingly

23   the Court DENIES the motion for a temporary restraining order.

24       The Court further has serious questions whether there is any basis for removal of what is

25   apparently a state-court unlawful detainer action to federal court and whether, in any event, it is

26   untimely. The Notice of Removal states that defendants are "respectfully requesting moving from

27   Superior Court Marin County to Federal Court due to Superior Court moving forward without proper

28   notice to me of scheduled hearings and sealing the file as confidential and stopping me access." The

United States District Court
For the Northern District of California

**United States District Court**
For the Northern District of California

1   papers attached include a statement that on May 8, 2007 defendants were hand-served a summons and

2   "unlawful detainer/eviction" papers.  The papers also include a mailed notice, dated May 4, 2007,

3   concerning the unlawful detainer papers.  Thus defendants were apparently on notice of the pendency

4   of the Marin County action for over 30 days prior to filing this action, making the removal untimely

5   under 28 U.S.C. 1446.

6       Defendants also seek to proceed *in forma pauperis*, but their Application to Proceed In Forma

7   Pauperis states that defendant Norlin Merrit earns a monthly salary of $10,000 gross and $4,000 net and

8   that defendants have a net bank account balance of $2000.  They do not appear to be unable to pay the

9   Court's filing fee ($350).  The application is therefore DENIED.

10      The Court advises defendants that if they wish to try to proceed with this action in this Court,

11  they must serve a copy of all papers on plaintiffs, and must also file a copy of the Notice of Removal

12  in state court where the action is pending.  *See generally* 28 U.S.C. § 1446.

13

14      **IT IS SO ORDERED.**

15  Dated: June 15, 2007                                    _____

16                                                          SUSAN ILLSTON
                                                            United States District Judge
17

18

19

20

21

22

23

24

25

26

27

28