IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| US BANK NATIONAL ASSOCIATION, as Trustee for First Franklin Mortgage Loan Trust, Mortgage Pass-Through Certificates, Series 2005-FF9,<br><br>Plaintiff,<br><br>v.<br><br>NORLIN MERRITT, ET AL.,<br><br>Defendant.<br>_____/ | No. C 07-03175SI<br><br>DECLARATION OF ROCHELLE L. STANFORD IN LIEU OF CASE MANAGEMENT STATEMENT |

I, Rochelle L. Stanford, declare as follows:

    1.    I am an attorney admitted to practice before all Unites States District Courts and State Courts of the State of California. I am an associate of the law firm of Pite Duncan, LLP, counsel of record for Plaintiff in the above-entitled matter. I have personal knowledge of the following facts and, if required to do so, would testify as follows.

    2.    On August 24, 2007, Plaintiff obtained a judgment in an Unlawful Detainer action filed in the Marin County Superior Court, as Case No. CV072031.

    3.    This law firm was not aware of the instant removal proceedings initiated by Defendants and have not received any notices of any hearings or served with any documents on file.

    4.    Our firm's first indication of the existence of these proceedings came by way of an e-mail correspondence I received on September 20, 2007, at 10:20 a.m. from the department clerk, Tracy Sutton.

/././

5. According to the court's Order Denying Defendants' Temporary Restraining order entered on June 15, 2007, Defendants were required to "serve a copy of all papers on plaintiff, and must also file a copy of the Notice of Removal in state court where the action is pending." Our firm was not served with a copy of any papers.

6. Therefore, I respectfully request that Plaintiff be relieved of filing a Case Management Statement. Further, I request that the Court dismiss or remand this case on for want of a basis for removal. Alternatively, I request that the Court issue an order compelling the Defendants to serve Plaintiff with all papers on file.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on September 20, 2007, at San Diego, California.

ROCHELLE L. STANFORD