IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| U.S. BANK NATIONAL, et al., | No. C 07-3175 SI |
| Plaintiffs, | **ORDER REMANDING ACTION TO MARIN COUNTY SUPERIOR COURT** |
| v. | |
| NORLIN MERRITT, et al., | |
| Defendants. | |

On June 15, 2007, pro se defendants Norlin and Maria Merritt filed in this Court a "Notice of Removal," a document titled "TRO," and various other documents. The underlying action was a state-court unlawful detainer action, pending in Marin County Superior Court since at least May 4, 2007. The TRO document, which was unsworn, did not present any facts which would support its issuance, and on June 15, 2007 the Court issued a written order denying the motion for a temporary restraining order. In the order, the Court expressed serious question whether there was any basis for removal of the state-court unlawful detainer action to federal court and whether, in any event, it was untimely. Defendants were advised that if they wished to try to proceed with this action in this Court, they must serve a copy of all papers on plaintiff, and must also file a copy of the Notice of Removal in state court where the action is pending. *See generally* 28 U.S.C. § 1446.

On September 21, 2007, the Court held the regularly scheduled case management conference in this action. Defendants did not appear. Plaintiff appeared specially, through counsel, and filed a declaration averring that plaintiff had never been served with any notice related to this removed action. It may be that defendants did not file anything in the state court either, since judgment was entered by the state court in the unlawful detainer action on August 24, 2007.

A review of the file makes it clear that this Court does not have jurisdiction over this matter, which in any event is not being prosecuted by the defendants who removed it. Accordingly, this matter is REMANDED to the Superior Court of Marin County, where it was originally filed.

**IT IS SO ORDERED.**

Dated: September 21, 2007

SUSAN ILLSTON
United States District Judge