**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

CIVIL PRETRIAL MINUTES

Date: 9/21/07

Case No.   C-07-3175 SI          Judge:   SUSAN ILLSTON

Title: US BANK  -v- NORLIN MERRIT

Attorneys: r. sTANFORD          N/A

Deputy Clerk: Tracy Sutton  Court Reporter: J. Columbini

**PROCEEDINGS**

1)   Initial Case Management Conference - HELD

2)  

3)  

Order to be prepared by:  ( )Pltf   ( )Deft   ( )Court

Disposition :  ( ) GRANTED, ( ) DENIED, ( ) GRANTED/DENIED IN   ( ) SUBMITTED
                            PART

Case continued to   @ 2:30 p.m. for Further Case Management Conference

Case continued to   @ 9:00 a.m.   for Motions
(Motion due , Opposition  Reply )

Case continued to   @ 3:30 p.m.  for Pretrial Conference

Case continued to   @ 8:30 a.m.  for Trial (:  Days)
Discovery Cutoff:   Designate Experts by: , Rebuttal Experts:, Expert Discovery Cutoff:

ORDERED AFTER HEARING:
The Court indicated that she may file an order remanding this case back to the State Court.