**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
415.522.2000

September 26, 2007

Marin County Superior Court
3501 Civic Center Drive,
San Rafael, CA 94903-4164

RE:  CV 07-03175 SI    U.S.NATIONAL BANK-v-NORLIN MERRITT
          Your Case Number: (CV072031)

Dear Clerk,

    Pursuant to an order remanding the above captioned case to your court, transmitted herewith are:

        (X)    Certified copies of docket entries

        (X)    Certified copies of Remand Order

        ()    Other

    Please acknowledge receipt of the above documents on the attached copy of this letter.

        Sincerely,

        RICHARD W. WIEKING, Clerk

        /s/

        by:  Yumiko Saito
        Case Systems Administrator

Enclosures
Copies to counsel of record